(Rev. 10/2021) Waiver of Right to Contest Detention

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 30 2025

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

aka MISAEL LOPEZ RUBIO
· BRUNO LOPEZ-

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 25-MJ-935

I, MISAEL LOPEZ RUBIO, charged in: (an indictment, complaint, petition) with Poss'n INTENT TO DISTRIBUTE 400 GMS/more of FENTANY + CONSPIRACY, Title 21 + 21, U.S.C. 841 846, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

Bruno Lopez
Defendant

4·30·2025
Date

Counsel for Defendant
M. NAOMI SALAZAR
505·243·4433